IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRANDON HENDERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC.,<br><br>　　　　　Defendant. | No. 4:10-cv-00512-JAJ<br><br><br><br>**ORDER** |

This matter comes before the court pursuant to plaintiff's January 27, 2011 voluntary dismissal with prejudice [dkt. 2]. According to plaintiff's motion, plaintiff requests that all claims raised or that could have been raised in this action be dismissed with prejudice, with each party to bear its own costs and attorney fees.

Upon the foregoing,

**IT IS ORDERED** that this matter is hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

**DATED** this 7th day of February, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN A. JARVEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF IOWA